

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF
THE EXTRADITION OF                                    11-MR-50

Nokour Chougui ALI

---

Hon. Hugh B. Scott, United States Magistrate Judge, is hereby specifically authorized to act in this matter pursuant to Title 18 United States Code, Section 3184 as any justice or judge of this Court of the United States.

All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
JUDGE, UNITED STATES DISTRICT COURT

Dated: July 29, 2011