UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF

THE EXTRADITION OF                                    11-MR-50

Nokour Chougui ALI

---

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Nokour Chougui ALI, having been fully informed by my attorney, Assistant Federal Public Defender Kimberly A. Schechter, of my rights under the extradition treaty in force between the United States and Canada and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Canada.

My attorney, Assistant Federal Public Defender Kimberly A. Schechter, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Canada, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Canada. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– that currently there is an extradition treaty in force between the United States and Canada;

– that the treaty covers the offenses for which my extradition was requested;

– that I am the person whose extradition is sought by Canada; and

– that probable cause exists to believe that I committed the offenses for which extradition was requested.

I concede that I am the individual against whom charges are pending in Canada and for whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Canada unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Canada.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, as soon as possible, to Canada, and to remain in custody pending the arrival of agents from Canada. No representative, official, or officer of the United States or of the Government of Canada, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this 6 day of September, 2011.

_____
Nokour Chougui ALI

_____
KIMBERLY A. SCHECHTER
Attorney for Nokour Chougui ALI

I hereby certify that on this 6 day of September, 2011, Nokour Chougui ALI personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
HUGH B. SCOTT
United States Magistrate Judge
Western District of New York