UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF

THE EXTRADITION OF                                    11-MR-50

Nokour Chougui ALI

## ORDER

The Court having received the Complaint filed on August 22, 2011, by Paul J. Campana, Assistant United States Attorney for the Western District of New York for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for extradition of NOKOUR CHOUGUI ALI, and an affidavit executed by NOKOUR CHOUGUI ALI and witnessed by his attorney, Assistant Federal Public Defender Kimberly A.. Schechter;

And, further, the Court having been advised in open session that NOKOUR CHOUGUI ALI is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that NOKOUR CHOUGUI ALI be committed to the custody of the United States Marshal for the Western District of New York pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him together with any evidence seized incidental to his arrest and sought by the Government of Canada to the custody of such authorized representatives to be transported to Canada to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of NOKOUR CHOUGUI ALI together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal for the Western District of New York and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver, by and through the United States Attorney's Office for the Western District of New York, to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C.

DATED: Buffalo, New York, September 6, 2011.

HUGH B. SCOTT
United States Magistrate Judge