# United States District Court
## WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF

THE EXTRADITION OF           **ARREST WARRANT**

Nokour Chougui ALI              11-MR-50

*********************************

FILED OCT 28 2011
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

Nokour Chougui ALI

and bring him forthwith to the undersigned Magistrate Judge to answer a Complaint filed pursuant to Section 3184 of Title 18 of the United States Code, seeking the defendant's arrest with a view towards extradition to Canada.

| | |
|---|---|
| HUGH B. SCOTT<br>Name of Issuing Officer | UNITED STATES MAGISTRATE JUDGE<br>Title of Issuing Officer |
| _[signature]_<br>Signature of Issuing Officer | August 22, 2011, Buffalo, New York<br>Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _[illegible]_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/12/11 | | |
| DATE OF ARREST<br>10/12/11 | Douglas Wilson  CBP | _[signature]_  CBP |